**Order entered September 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01174-CV

### MARK BAKER, Appellant

### V.

### THE CITY OF FARMERS BRANCH, TEXAS, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08249**

## ORDER

Before the Court is appellant's August 23, 2013 motion to accelerate the appeal and appellee's response to the motion. We **DENY** appellant's motion.

/s/     DAVID LEWIS
        JUSTICE